UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

USA

   -against-

MARCO MENA

                      Defendant.

--------------------------------------------------------X

                       26 Cr. 244 (NSR)

                       ORDER ACCEPTING
                       PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

     The Court has reviewed the transcript of the plea allocution in the above-entitled case, the

charging papers, and all other pertinent parts of the record.  The Report and Recommendation of

the Honorable Victoria Reznik United States Magistrate Judge, dated June 10, 2026, is approved

and accepted.

                       SO ORDERED.

Dated:  June 26, 2026
       White Plains, NY

                       _____
                       Nelson S. Román
                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____6/26/2026____