United States District Court
Southern District of New York
-----------------------------------------------

United States of America,

-against-

**ORDER**
26 CR 244 (NSR)

Marco Mena.

Defendant.
-----------------------------------------------

The Court advises that prior to Defendant Marco Mena's sentencing on the instant matter, Mr. Mena was housed in custody in the state and federal jails from February 1, 2026 to September 9, 2026. The Court recommends that the Bureau of Prisons calculate Mr. Mena's prior custody credited consistent with 18 U.S.C. § 3585(b). Mr. Mena was sentenced to 59 days by New York State on September 2, 2026, which does not credit all the time Mr. Mena spent in custody prior to his sentencing in this case.

SO ORDERED.

Dated: September 15, 2026
White Plains, New York

The Honorable Nelson S. Román
United States District Judge